The order below is hereby signed.

Signed: March 21 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
CARL E. PARKER, II                                          : Chapter 13 Case No. 16-00055
  Debtor

**ORDER DENYING MOTION TO DISMISS CASE**

    Pursuant to a hearing of March 18, 2016, on the Trustee's Motion to Dismiss with Prejudice based on 11 U.S.C. §109(h) ineligibility and bad faith, pursuant to §105 and §349, and the court record herein, it is

    ORDERED that the Trustee's Motion to Dismiss with Prejudice be and the same is hereby DENIED.

                                                               [Signed and dated above.]

cc:  Recipients of e-notification of orders.